UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
APR 15 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Antoine Delontay Cooper
 Fed.# 36566-007
U.S.P. CANAAN /P.O.Box 300
WAYMART, PENNSYLVANIA 18472
         Plaintiff

-against-

CRYSTAL JOHNSON, Support Staff
COURT SERVICES AND OFFENDER
SUPERVISION AGENCY FOR THE
DISTRICT OF COLUMBIA
DIRECTOR,
COURT SERVICES AND OFFENDER
SUPERVISION AGENCY
         Defendants

JURY TRIAL DEMANDED

Case: 1:08-cv-00645
Assigned To : Walton, Reggie B.
Assign. Date : 4/15/2008
Description: FOIA/Privacy Act

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

PLAINTIFF STATES:

JURISDICTION

1. This action arises under, 42 U.S.C. §1983, which permits the institution of an action for deprivation of rights, privileges and/or immunities secured by the Constitution and laws of the UNITED STATES when such deprivation occurs under the color of any state statute, ordinance, regulation, custom or usage as provided by the FOURTEENTH AMENDMENT.

2. Because of the nature of the action, this court has subject matter jurisdiction of the action under, 28 U.S.C. §1343, which places original jurisdiction in the FEDERAL DISTICT COURT for civil action commenced by any person to redress the deprivation of such rights.

PARTIES

3. Plaintiff, Antoine Delontay Cooper, is under a Superior Court judgment from the DISTRICT OF COLUMBIA to perform to a judgment of 25 yrs. incarcerated and 5 yrs. supervised release for Criminal Case No. F-4537-03 E,F.

4. Defendant, MS. CRYSTAL JOHNSON, did willfully, maliciously, with malice aforethought, deliberately in reckless disregard for the Plaintiff's Constitutional Rights and the law, while acting in her individual capacity and under the color of law via COURT SERVICES & OFFENDER SUPV. carry out the wrongful acts stated herein.

RECEIVED
MAR 20 2008
Clerk, U.S. District and
Bankruptcy Courts

-1-

5. Defendant, <u>DIRECTOR</u>, did willfully, maliciously, with malice aforethought, deliberately in reckless disregard for the Plaintiff's Constitutional Rights and the law, while acting in his/er individual capacity and under the color of law; via COURT SERVICES ("Agency") supra. the wrongful acts stated herein.

STATEMENT OF CLAIM

6. Defendant, <u>DIRECTOR</u>, is required by law to "[h]ire and supervise, supervision officers and support staff for the Agency."

7. Defendant, <u>DIRECTOR</u>, is directly responsible for insuring defendant JOHNSON is not allowed to provide false information to the court of the DISTRICT OF COLUMBIA, to corrupt, slander, or otherwise substantially prejudice defendants who claim actual innocence to DISTRICT charges.

8. Defendant, <u>MS. C. JOHNSON</u>, signed and completed my presentencing report on 1-27-05 that was ordered by the court, with false information designed to deceive the reader such as sentencing judge, appeal judge or even prison case managers into believing that Plaintiff confessed to the crime and that in every act of appeal, exercise of right, or otherwise proclaiming his innocence is a deliberate lie and seeking for an injustice to occur for his release; To wit:"Defendant claimed an officer told her I confessed to having committed these crimes."

9. The claim of authority for this extremely prejudice, deliberate harmful, false statement is, according to the Defendant,"the Detectives that investigated this case.

10. This information reporting that after a presentencing investigation it was found that the Plaintiff confessed to the crimes was presented to the sentencing judge before sentencing, it was given to attorney's acting in defense of the matter for purpose of assuring justice is done to the Plaintiff, it was given to the FEDERAL BUREAU OF PRISONS to make part of the Plaintiff's permanent record; it was given to Case Managers responsible for the using this confession and other presentencing investigation reported information in determining the Plaintiff's security, treatment and population access within the FEDERAL BUREAU OF PRISONS; indeed, this information purporting Plaintiff confessed to murder has been given to every agency, judge and attorney prosecuting his appeal and petition to reverse the judgment because of actual innocence.

11. Plaintiff's appeal is not based upon technicalities or mere procedural defficiences in affording him his rights but on the contrary Plaintiff one core appeal is that he is innocent of the crime of murder-not a victim of court error.

CONSTITUTIONALITY OF THE DEFENDANTS' AUTHORITY TO INCLUDE BALD HEARSAY IN THE PLAINTIFF'S PRESENTENCING REPORT TO THE COURT WITHOUT PROOF, OR SWORN AFFIDAVIT TO VERIFY OR SUBSTANTIATE HER PREJUDICIAL CLAIM; FOR RESULT, DESTROYING ALL OPPORTUNITY FOR AN IMPARTIAL REVIEW OF AN APPEAL CLAIMING ACTUAL INNOCENCE OR INJUSTICE AS PLAINTIFF'S RIGHT TO BE RELEASED FROM THE JUDGMENT.

12. Plaintiff informed and noticed the Defendant to the falsity and irreparable prejudice of her statement of a confession during her interview of the Plaintiff, not only did the Defendant refuse to provide the Plaintiff with the proof of her claims, but she instructed that she insure her report followed the Plaintiff's every review by courts or agencies to the conclusing of the Plaintiff sentencing and beyond.

COUNT I
DAMAGES FOR ULTRA VIRES ACTS

13. At all relevent time, Plaintiff was a natural person, a Citizen of the UNITED STATES guarded by the Constitution, under a Superior Court judgment of the DISTRICT OF COLUMBIA and expressly-not a contract plea agreement.

14. For result, Defendant has no Constitutional authority under law Congress or the President to falsify the Plaintiff's presentencing report to the court; for result of deliberate irreparable prejudice to the Plaintiff before the court for purpose of punishment in controvention of the FOURTEENTH AMENDMENT to the Constitution of the UNITED STATES.

15. For result that absent a lawful authority and Constitutional Rights to equal protection of law and due process, the acts of the Defendant were <u>ultra vires</u>, which deprived the Plaintiff of equal protection of law and due process in violation of the FOURTEENTH AMENDMENT to the Constitution of the UNITED STATES.

INJUNCTIVE RELIEF

16. By this reference, Plaintiff incorporates each and every allegation and averment set forth in paragraphs 1-15 of this Complaint.

17. This action have caused and will continue to cause the Plaintiff great, immediate and irreparable harm if left fraudulent.

18. Plaintiff has no adequate remedy at law for the Defendants' deliberate use of a false confession to prejudice the Plaintiff before the court and all other FEDERAL AGENCIES that rely on the Defendant's fraudulent presentencing investigation report.

RELIEF

Plaintiff REQUEST JUDGMENT AGAINST DEFENDANTS

19. For an Order, granting permanent injunctive relief that enjoins the Defendants from unlawfully falsifing the Plaintiff's presentencing report, using deliberate false and unsubstantiated, frivolous accusations, as facts that is currently being used to substantially establish prejudice that create a false reason for maintaining judgment against the Plaintiff despite his actual innocence and on going appeal, proclaiming the defense of actual innocence.

20. That Plaintiff be granted an Order holding the Defendants liable for their deliberate tortous and ultra vires acts in the form of a damage award of $5,000,000.

21. For payment of all Plaintiff's cost, penalty and Forma Pauperis contract obligations from this proceeding.

22. That this damage award be Ordered as representive of an even divide for both punitive and compensation awards, for both parties.

23. That this Honorable Court provide whatever further relief vendication of Constitutional Rights and whatever rights justice might require.

_Antoine Defontay Cooper_ 4CCI-308

Date 3-17-08

CERTIFICATE OF SERVICE

I, _Antoine Defontay-Cooper_ 4CCI-308, do declare under the penalty of perjury that the aforegoing 42 U.S.C. §1983 and copy was included postage prepaid mail on 17 of MARCH, 2008. To the UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA.

# CIVIL COVER SHEET

JS-44
(Rev.1/05 DC)

I 08-645 RBW

## I (a) PLAINTIFFS

Antoine Delontay Cooper

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF 88888
(EXCEPT IN U.S. PLAINTIFF CASES)

PRO SE (P)

## DEFENDANTS

Crystal Johnson, et al.

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

## 36566-007

Case: 1:08-cv-00645
Assigned To : Walton, Reggie B.
Assign. Date : 4/15/2008
Description: FOIA/Privacy Act

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff
☐ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN X IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) FOR DIVERSITY CASES ONLY!

| | PTF | DFT | | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)

### ☐ A. Antitrust
☐ 410 Antitrust

### ☐ B. Personal Injury/Malpractice
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

### ☐ C. Administrative Agency Review
☐ 151 Medicare Act

Social Security:
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)

Other Statutes:
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

### ☐ D. Temporary Restraining Order/Preliminary Injunction

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

## ☐ E. General Civil (Other) OR ☐ F. Pro Se General Civil

**Real Property**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**Personal Property**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**Bankruptcy**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**Immigration**
☐ 462 Naturalization Application
☐ 463 Habeas Corpus- Alien Detainee
☐ 465 Other Immigration Actions

**Prisoner Petitions**
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☒ 550 Civil Rights
☐ 555 Prison Condition

**Property Rights**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**Federal Tax Suits**
☐ 870 Taxes (US plaintiff or defendant)

☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
☐ 610 Agriculture
☐ 620 Other Food & Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

**Other Statutes**
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.

☐ 460 Deportation
☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (if not Administrative Agency Review or Privacy Act)

4

| ☐ G. *Habeas Corpus/ 2255* | ☐ H. *Employment Discrimination* | ☒ I. *FOIA/PRIVACY ACT* | ☐ J. *Student Loan* |
|---|---|---|---|
| ☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br><br>*(If pro se, select this deck)* | ☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |
| ☐ K. *Labor/ERISA (non-employment)* | ☐ L. *Other Civil Rights (non-employment)* | ☐ M. *Contract* | ☐ N. *Three-Judge Court* |
| ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**

☒ 1 Original Proceeding ☐ 2 Removed from State Court ☐ 3 Remanded from Appellate Court ☐ 4 Reinstated or Reopened ☐ 5 Transferred from another district (specify) ☐ Multi district Litigation ☐ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)
5 USC 552 (a) Privacy Act

**VII. REQUESTED IN COMPLAINT**  CHECK IF THIS IS A CLASS ☐ ACTION UNDER F.R.C.P. 23   **DEMAND $** 0   Check YES only if demanded in complaint  **JURY DEMAND:** ☒ YES ☐ NO

**VIII. RELATED CASE(S) IF ANY**  (See instruction)  ☐ YES ☒ NO   If yes, please complete related case form.

DATE 4/14/08   SIGNATURE OF ATTORNEY OF RECORD  NCD

### INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.    COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III.  CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed <u>only</u> if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV.   CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the <u>primary</u> cause of action found in your complaint. You may select only <u>one</u> category. You <u>must</u> also select <u>one</u> corresponding nature of suit found under the category of case.

VI.   CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII. RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.