UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| Antoine Delontay Cooper<br>　　　　Plaintiff, | : AMEND COMPLAINT UNDER<br>: RULE 15(a) |
| -against- | : CASE NO.: 080645 RBW |
| MS. CRYSTAL JOHNSON, et al., | : |

RECEIVED
MAY - 2 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

COMES HERE NOW, Antoine Delontay Cooper, suo nomine, layman propria persona, seeking to Amend This Action filed as an original Civil Complaint in the District of Columbia's District Court, pursuant to Rule 15(a) of the Federal Rules of Civil Procedures and in support does state as follow:

AMEND COMPLAINT ADDED/ RULE 15(a)

1. Plaintiff seeks to amend,"individual capacity;"and

2. Plaintiff seeks to replace amended,"individual capacity," with,"official and individual capacities," for both defendants.

CERTIFICATE OF SERVICE

I, Antoine Delontay Cooper, do declare under the penalty of perjury that the aforesaid Motion, 42 U.S.C. §1983, [AMENDED UNDER RULE 15(a)] was mailed on 28 of April 2008 to the District Court for the District of Columbia.

Date 4-28-08　　　　　　　　　　　　　　　Antoine Delontay Cooper, Agent

-1-