UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANTOINE DELONTAY COOPER,  )<br>  )<br>  Plaintiff,  )<br>  )<br>  v.  )<br>  )<br> CRYSTAL JOHNSON, et al.,  )<br>  )<br>  Defendants.  )<br> _____) | Civil Action No. 08-0645 (RBW) |

**DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME
AND TO CORRECT DESIGNATION**

In this civil action, plaintiff Antoine Delontay Cooper asserts that his rights under the Fourteenth Amendment to the U.S. Constitution and under 42 U.S.C. § 1983 were violated by the falsification of matters in his presentencing report to the court. As relief, plaintiff seeks an order enjoining defendants from further "deliberate false and unsubstantiated, frivolous accusations . . ." that might support a judgment against plaintiff despite plaintiff's asserted innocence and ongoing appeal. Plaintiff also seeks a substantial monetary award for defendants' alleged "deliberate tortous and ultra vires acts" in the amount of $5,000,000.00. As plaintiff characterizes this action, it is one sounding in tort against Crystal Johnson, an employee of the Court Services and Offender Supervision Agency (CSOSA) and CSOSA. Pursuant to Fed. R. Civ. P. 12(a)(2), defendants, as an agency and an employee of the United States, are entitled to 60-days

within which to respond, to and including June 23, 2008.[1]  Even if the case is construed as a Privacy Act case seeking correction of the presentence report, defendants would still be entitled to 60 days within which to respond.

Accordingly, defendants file this motion to set June 23, 2008 as the date by which defendants shall answer, move or otherwise respond to the Complaint.  Defendants do so because the Summons accompanying the Complaint in this matter designated it as a case brought under the Freedom of Information Act, 5 U.S.C. § 552, for which an answer would ordinarily be required within 30 days of service.  Plaintiff, however, does not allege any cause of action under the Freedom of Information Act (FOIA).  See Complaint ¶¶ 1-2.  Neither does he allege that he requested records pursuant to that statute or that records were improperly withheld from him under one of the FOIA exemptions.  See, generally, Complaint.

Because plaintiff is incarcerated, and is proceeding pro se, Local Rule 7(m) does not apply to this motion, and defendants therefore have not obtained plaintiff's position as to the relief requested.  A proposed Order also accompanies this motion.

---

[1] Even in the event this complaint is construed as one against Ms. Johnson in her individual capacity, Ms. Johnson is entitled to 60-days within which to respond to the Complaint. See Fed. R. Civ. P. 12(a)(3).  Additionally, by filing this motion, defendants do not waive any defenses to which defendants would be otherwise entitled to assert, including any immunity to suit.

WHEREFORE, defendants respectfully request that this motion be granted.

Respectfully submitted,

/s/
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney


/s/
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney


/s/
MADELYN E. JOHNSON, DC Bar #292318
Assistant United States Attorney
U.S. Attorney's Office, Rm  E4114
555 4th Street, N.W.
Washington, D.C.  20530
*(202) 514-7135*

CERTIFICATE OF SERVICE

I CERTIFY that on June 3, 2008, plaintiff was served with a copy of the foregoing Motion for Enlargement of Time via first-class mail postage prepaid and addressed:

Antoine Delontay Cooper
#36566-007
U.S. Penitentiary - Canaan
P.O. Box 300
Waymart, PA 18472

_____/s/_____
Madelyn E. Johnson
Assistant U.S. Attorney
555 4th Street, N.W., Rm. E4114
Washington, D. C.  20530
(202) 514-7135

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ANTOINE DELONTAY COOPER,** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**CRYSTAL JOHNSON, et al.,** )<br>)<br>**Defendants.** )<br>_____) | Civil Action No. 08-0645 (RBW) |

PROPOSED ORDER

UPON CONSIDERATION of defendants' motion for enlargement of time and to correct designation, any response thereto, and the record in this case, it is this ____ day of June, 2008

ORDERED that the motion should be, and hereby is, GRANTED, and it is

FURTHER ORDERED that defendants shall have to and including June 23, 2008 within which to answer, move, or otherwise respond to the Complaint.

_____
UNITED STATES DISTRICT JUDGE