UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANTOINE DELONTAY COOPER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 08-0645 (RBW) |
| ) | |
| CRYSTAL JOHNSON, et al., ) | |
| ) | |
| Defendants. ) | |
| _____) | |

### DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME

Defendants, by and through the undersigned, respectfully request a 30-day enlargement of time, to and including July 23, 2008, within which to answer, move or otherwise respond to the Complaint, as amended. In support of this motion, defendant states the following.

This is a civil action alleging violations of plaintiff's rights under the Fourteenth Amendment to the U.S. Constitution and under 42 U.S.C. § 1983 by the claimed falsification of matters in plaintiff's presentencing report to the court. As relief, plaintiff seeks an order enjoining defendants from further "deliberate false and unsubstantiated, frivolous accusations . . ." that might support a judgment against plaintiff despite plaintiff's asserted innocence and ongoing appeal. Plaintiff also seeks a substantial monetary award for defendants' alleged "deliberate tortous and ultra vires acts" in the amount of $5,000,000.00. As plaintiff characterizes this action, it is one sounding in tort

against Crystal Johnson, an employee of the Court Services and Offender Supervision Agency (CSOSA) and CSOSA.

Pursuant to Fed. R. Civ. P. 12(a)(2), defendants, as an agency and an employee of the United States, are entitled to 60-days within which to respond, to and including June 23, 2008.  Nevertheless, the summons in this case originally designated it, in error, as a case brought under the Freedom of Information Act, 5 U.S.C. § 552, with the commensurate 30 days within which to answer.  Accordingly, defendants filed a motion to set June 23, 2008 as the date by which defendants were required to respond – the date representing 60 days from service of the complaint.  The Court granted this motion.

About the time that defendant filed the above-described motion on June 3, 2008, defendants became aware that plaintiff had filed an amended complaint.  The only change was to designate Ms. Crystal Johnson as a defendant in both her individual as well as her official capacity.[1]  Suits against government officials in their individual capacities require additional procedures within the Department of Justice before representation can be approved and a response to the complaint filed on the employee's behalf.  *See* 28 C.F.R. § 50.15.  That process has not been completed.  Moreover, defendants anticipate filing a dispositive motion on behalf of all defendants and therefore, an enlargement of time to allow the representation process to be completed would permit all defendants to file together instead of in a piecemeal fashion.

---

[1] By filing this motion for enlargement of time, defendants do not waive any defense available to them together or individually including any defenses enumerated in Fed. R. Civ. P. 12(b) and including immunity from suit.

Accordingly, defendants file this motion to set July 23, 2008 as the date by which defendants shall answer, move or otherwise respond to the Complaint. Because plaintiff is incarcerated, and is proceeding pro se, Local Rule 7(m) does not apply to this motion, and defendants therefore have not obtained plaintiff's position as to the relief requested. A proposed Order also accompanies this motion.

WHEREFORE, defendants respectfully request that this motion be granted.

Respectfully submitted,

/s/
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney


/s/
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney


/s/
MADELYN E. JOHNSON, DC Bar #292318
Assistant United States Attorney
U.S. Attorney's Office, Rm E4114
555 4th Street, N.W.
Washington, D.C.  20530
*(202) 514-7135*

CERTIFICATE OF SERVICE

I CERTIFY that on June 23, 2008, plaintiff was served with a copy of the foregoing Motion for Enlargement of Time via first-class mail postage prepaid and addressed:

Antoine Delontay Cooper
#36566-007
U.S. Penitentiary - Canaan
P.O. Box 300
Waymart, PA 18472

_____/s/_____
Madelyn E. Johnson
Assistant U.S. Attorney
555 4th Street, N.W., Rm. E4114
Washington, D. C. 20530
(202) 514-7135

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ANTOINE DELONTAY COOPER,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Civil Action No. 08-0645 (RBW) |
| | ) |
| **CRYSTAL JOHNSON, et al.,** | ) |
| | ) |
| **Defendants.** | ) |
| _____ | ) |

PROPOSED ORDER

UPON CONSIDERATION of defendants' motion for enlargement of time within which to answer, move or otherwise respond to the complaint, as amended, any response thereto, and the record in this case, it is this ____day of June, 2008

ORDERED that the motion should be, and hereby is, GRANTED, and it is

FURTHER ORDERED that defendants shall have to and including July 23, 2008 within which to answer, move, or otherwise respond to the Complaint.

_____
UNITED STATES DISTRICT JUDGE