UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ANTOINE DELONTAY COOPER,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Civil Action No.  08-0645 (RBW) |
| ) | |
| **CRYSTAL JOHNSON, et al.,** ) | |
| ) | |
| **Defendants.** ) | |
| _____) | |

**DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME**

Defendants, by and through the undersigned, respectfully request a further enlargement of time, to and including , August 13, 2008, within which to answer, move or otherwise respond to the Complaint, as amended.  In support of this motion, defendant states the following.

This is a civil action alleging violations of plaintiff's Constitutional rights and under 42 U.S.C. § 1983 by the claimed falsification of matters in plaintiff's presentencing report to the court.  As relief, plaintiff seeks an order enjoining defendants from further "deliberate false and unsubstantiated, frivolous accusations . . ." that might support a judgment against plaintiff despite plaintiff's asserted innocence and ongoing appeal. Plaintiff also seeks a substantial monetary award for defendants' alleged "deliberate tortous and ultra vires acts" in the amount of $5,000,000.00.  As plaintiff characterizes

this action, it is one sounding in tort against Crystal Johnson, an employee of the Court Services and Offender Supervision Agency (CSOSA) and CSOSA.

Pursuant to Fed. R. Civ. P. 12(a)(2), defendants, as an agency and an employee of the United States, are entitled to 60-days within which to respond, to and including June 23, 2008. Nevertheless, the summons in this case originally designated it, in error, as a case brought under the Freedom of Information Act, 5 U.S.C. § 552, with the commensurate 30 days within which to answer. Accordingly, defendants filed a motion to set June 23, 2008 as the date by which defendants were required to respond – the date representing 60 days from service of the complaint. The Court granted this motion.

About the time that defendant filed the above-described motion on June 3, 2008, defendants became aware that plaintiff had filed an amended complaint. The only change was to designate Ms. Crystal Johnson as a defendant in both her individual as well as her official capacity.[1] In light of the amendment to the complaint, defendants sought an enlargement of time to July 23, 2008 to answer, move or otherwise respond to the amended complaint. Defendants seek this further enlargement for the following reasons.

Agency counsel for the Court Services and Offender Supervision Agency assigned to this matter did not receive the plaintiff's file until today and thus undersigned counsel did not have sufficient time to review materials from the file and draft a response to the complaint. It now appears that a dispositive motion will be filed in lieu of an answer and

---

[1] By filing this motion for enlargement of time, defendants do not waive any defense available to them together or individually including any defenses enumerated in Fed. R. Civ. P. 12(b) and including immunity from suit.

counsel require the requested time within which to draft the motion. Additionally, the named individual is no longer an employee of Court Services and Offender Supervision Agency and, although it clearly appears that Ms. Johnson was acting within the scope of her employment with regard to the actions alleged in the complaint, and that the agency was properly served with the original complaint, it appears that Ms. Johnson has not been served individually as required by the Federal Rules of Civil Procedure. Ms. Johnson is entitled to separate service and her obligation to respond does not arise until after such service is accomplished.

Accordingly, defendants file this motion to set August 13, 2008 as the date by which defendants shall answer, move or otherwise respond to the Complaint. Because plaintiff is incarcerated, and is proceeding pro se, Local Rule 7(m) does not apply to this motion, and defendants therefore have not obtained plaintiff's position as to the relief requested. A proposed Order also accompanies this motion.

WHEREFORE, defendants respectfully request that this motion be granted.

Respectfully submitted,

/s/
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney


/s/
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

/s/
MADELYN E. JOHNSON, DC Bar #292318
Assistant United States Attorney
U.S. Attorney's Office, Rm  E4114
555 4th Street, N.W.
Washington, D.C.  20530
*(202) 514-7135*

CERTIFICATE OF SERVICE

I CERTIFY that on July 23, 2008, plaintiff was served with a copy of the foregoing Motion for Enlargement of Time via first-class mail postage prepaid and addressed:

Antoine Delontay Cooper
#36566-007
U.S. Penitentiary - Canaan
P.O. Box 300
Waymart, PA 18472

_____/s/_____
Madelyn E. Johnson
Assistant U.S. Attorney
555 4th Street, N.W., Rm. E4114
Washington, D. C.  20530
(202) 514-7135

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ANTOINE DELONTAY COOPER,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Civil Action No. 08-0645 (RBW) |
| ) | |
| **CRYSTAL JOHNSON, et al.,** ) | |
| ) | |
| **Defendants.** ) | |
| _____) | |

PROPOSED ORDER

UPON CONSIDERATION of defendants' motion for enlargement of time within which to answer, move or otherwise respond to the complaint, as amended, any response thereto, and the record in this case, it is this \_\_\_\_day of July, 2008

ORDERED that the motion should be, and hereby is, GRANTED, and it is

FURTHER ORDERED that defendants shall have to and including August 13, 2008 within which to answer, move, or otherwise respond to the Complaint.

_____
UNITED STATES DISTRICT JUDGE