## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ANTOINE DELONTAY COOPER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 08-0645 (RBW) |
| | ) | |
| CRYSTAL JOHNSON, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

### DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME

Defendants, by and through the undersigned, respectfully request a further brief enlargement of time of one week, to and including, September 9, 2008, within which to file defendants' motion to dismiss in response to the Complaint, as amended. In support of this motion, defendants states the following.

This is a civil action alleging violations of plaintiff's Constitutional rights and under 42 U.S.C. § 1983 by the claimed falsification of matters in plaintiff's pre-sentencing report to the court that was prepared in 2005. As relief, plaintiff seeks an order enjoining defendants from further "deliberate false and unsubstantiated, frivolous accusations . . ." that might support a judgment against plaintiff despite plaintiff's asserted innocence and ongoing appeal. Plaintiff also seeks a substantial monetary award for defendants' alleged "deliberate tortous and ultra vires acts" in the amount of $5,000,000.00. As plaintiff characterizes this action, it appears to arise either as a

common law tort case, under the Federal Tort Claims Act , 28 U.S.C. 2671, et seq. (FTCA), and/or under a constitutional tort theory, see Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 383 (1971) against the Director of the Court Services and Offender Supervision Agency (CSOSA), Crystal Johnson, a past employee of CSOSA, and the agency itself. Undersigned counsel will be filing a motion to dismiss or for summary judgment in this case. Defendants have sought enlargements of time to respond to the Complaint, and then the amended complaint, through September 2, 2008, for the purpose of, inter alia, obtaining from records storage and reviewing the pertinent CSOSA files, and for obtaining a scope of certification determination and representation authority. Undersigned counsel requests a further enlargement to September 9, 2008 to add additional arguments to the motion that, upon review and discussion, should be included in order to fully brief defendants' motion.

Review of the CSOSA file reveals that there are multiple grounds for dismissal of this case and undersigned counsel requests this enlargement so that all of these grounds may be presented. First, even if Ms. Johnson had been properly served, she would be entitled to absolute immunity from the claims raised in this complaint. Similarly, the Director of CSOSA would be entitled to dismissal of all claims against him personally because government employees can not be held liable under a theory of *respondeat superior* for constitutional tort claims. Finally, with regard to the FTCA claims, the only proper defendant is the United States. Pursuant to that statute, the Chief of the Civil

-2-

Division has certified that the employees were acting within the scope of their employment.  Upon further review, counsel also believes that further limitations may preclude this suit and that other statutory arguments may apply.

Both the Chief of the Civil Division and undersigned counsel were out of the office until Monday, August 25, 2008.  Since returning to the Office, undersigned counsel has turned her attention to this case but did not anticipate that the case would raise as many issues as it has.  After further discussing the motion as presently drafted, there are additional issues that counsel believes should be included in order for the motion to be complete and thorough  Accordingly, undersigned counsel respectfully requests this additional enlargement for this purpose.  Counsel does not anticipate that any further enlargements will be sought.

This request is not made for the purpose of delay and no other dates will be effected by this enlargement.  Rather, undersigned counsel believes that she will be submitting a better and more thorough motion with additional time to investigate the further questions that have come to light.  Because plaintiff is incarcerated, and is proceeding *pro se*, Local Rule 7(m) does not apply to this motion, and undersigned counsel has not obtained plaintiff's position as to the relief requested.  A proposed Order also accompanies this motion.

WHEREFORE, defendants respectfully request that this motion be granted.

Respectfully submitted,

/s/
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

/s/
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney


/s/
MADELYN E. JOHNSON, DC Bar #292318
Assistant United States Attorney
U.S. Attorney's Office, Rm  E4114
555 4th Street, N.W.
Washington, D.C.  20530
*(202) 514-7135*

CERTIFICATE OF SERVICE

I CERTIFY that on September 2, 2008, plaintiff was served with a copy of the

foregoing Motion for Enlargement of Time via first-class mail postage prepaid and

addressed:

       Antoine Delontay Cooper
       #36566-007
       U.S. Penitentiary - Canaan
       P.O. Box 300
       Waymart, PA 18472


                 _____/s/_____
                 Madelyn E. Johnson
                 Assistant U.S. Attorney
                 555 4th Street, N.W., Rm. E4114
                 Washington, D. C.  20530
                 (202) 514-7135

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **ANTOINE DELONTAY COOPER,**      ) | |
|      ) | |
|     **Plaintiff,**      ) | |
|      ) | |
|    **v.**      ) | **Civil Action No.  08-0645 (RBW)** |
|      ) | |
| **CRYSTAL JOHNSON, et al.,**      ) | |
|      ) | |
|     **Defendants.**      ) | |
| _____) | |

PROPOSED ORDER

UPON CONSIDERATION of defendants' motion for enlargement of time within

which to answer, move or otherwise respond to the complaint, as amended, any response

thereto, and the record in this case, it is this _____day of September, 2008

ORDERED that the motion should be, and hereby is, GRANTED, and it is

FURTHER ORDERED that defendants shall have to and including September 9,

2008 within which to answer, move, or otherwise respond to the Complaint.


_____
UNITED STATES DISTRICT JUDGE